IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cr-00116-JEB ) |
| JUSTIN LAGESSE, | ) ) |
| Defendant. | ) ) ) |

**<u>DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING</u>**

Defendant, through his attorney, Assistant Federal Public Defender Julie Clark, moves to continue the sentencing date for at least 30 days to a date convenient for the Court. In support of this motion he states:

1. Mr. LaGesse is set for sentencing on January 10, 2025, at 11:00 a.m.

2. On October 30, 2024, the government provided defense counsel with additional discovery, including pertinent information related to the estimated cost of damage to the U.S. Capitol building.

3. This discovery was produced through USAfx and also through the Relativity database. Defense counsel is still in the process of reviewing the recently disclosed information.

4. Additionally, defense counsel is still awaiting the disclosure Presentence Investigation Report from the United States Probation Office. Defense counsel requires additional time to research potential objections.

5. Defense counsel continues to gather and request pertinent information and records for the Court to consider at sentencing and needs additional time to obtain the information.

6.  Defense counsel anticipates being on leave from December 21, 2024, to January 6, 2025.

WHEREFORE, for the reasons stated above, Defendant respectfully requests that the Court continue the sentencing hearing for at least 30 days to a date convenient for the Court.

Respectfully submitted,

/s/ Julie Clark
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri  63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Julie_Clark@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon John D. Oxenreiter, Assistant United States Attorney.

/s/ Julie Clark