UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cr-00116-JEB-2 |
| | ) |
| JUSTIN LAGESSE, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR DOWNWARD VARIANCE

COMES NOW, the defendant, Justin LaGesse, through his undersigned counsel, and respectfully submits this Sentencing Memorandum in support of his request for a sentence of time served. The events of January 6, 2021, were a temporary lapse in judgment, and since then, Mr. LaGesse has shown a deep understanding of the seriousness of his actions. While he recognizes the need for accountability, his life moving forward is one rooted in remorse, personal growth, and a strong desire to be a positive role model for his 12-year-old daughter.

**I.   Mr. LaGesse's actions in the instant offense are not representative of who he is**

In January of 2021, Justin LaGesse traveled from McLeansboro, Illinois, to Washington, D.C., with the intention of attending a rally where he hoped to hear then-President Donald Trump speak. Like many others who came to the Capitol that day, Mr. LaGesse did not fully understand the gravity of the events he was about to be part of. His initial intent was to participate peacefully in a political demonstration, but he found himself caught up in the chaos as the situation rapidly escalated into an unlawful breach of the Capitol.

During the riot, Mr. LaGesse was part of a crowd that forced its way into the Capitol building, and he engaged in property damage by breaking a window. Although he did not participate in any violence or engage in other destructive acts, his involvement contributed to the disorder that disrupted the certification of the 2020 presidential election results and endangered the safety of law enforcement officers and others

inside the Capitol. However, it is important to note that Mr. LaGesse did not engage in violence, and he did not seek to harm others. He was swept up in the larger chaos of the day, and while his actions contributed to the overall disruption, they were not as severe as those of other participants who engaged in violent behavior.

Since his arrest and subsequent guilty plea, Mr. LaGesse has taken full responsibility for his actions and expressed remorse for the harm caused by his involvement in the events of January 6. He is fully aware of the far-reaching consequences of his actions, both for the nation and for his own life. The consequences of Mr. LaGesse's actions on January 6 have been profound. He has not only faced legal charges, but also significant personal losses. His parents, who had been supportive of him throughout his life, ceased communication with him for a time, leaving Mr. LaGesse isolated and emotionally distressed. This estrangement weighed heavily on him, as his family had been a crucial support system. Additionally, Mr. LaGesse has struggled with depression and anxiety since the events of January 6. Shortly after being charged, he was diagnosed with both conditions and prescribed medication. He is actively working on his mental health and has taken steps to seek professional help, demonstrating a sincere commitment to his recovery. Furthermore, this action is not indicative of Mr. LaGesse's character. Mr. LaGesse has not been in trouble since he was 24 years old- over 14 years ago. He does not have a history of violence and is generally a law-abiding citizen

## II. Mr. LaGesse's history and characteristics demonstrate that he is a hard worker and most importantly, a devoted father

Mr. LaGesse grew up in McLeansboro, a small, rural town in southern Illinois with a population of approximately 2,900 people. Raised by a military father, his childhood was marked by frequent moves as his family followed his father's assignments. Mr. LaGesse was raised in a household where he witnessed domestic abuse, and his parents often struggled financially. Despite this, Mr. LaGesse excelled in school, particularly in athletics. He was a standout athlete in high school, excelling in track and field, and earning all-state recognition in football. He graduated from McLeansboro High School in 2005. He had the potential for a promising future, including a possible football scholarship to the University of Illinois. However, a devastating knee injury during his high school years changed the course of his life.

The injury ended his football career and dashed his dreams of playing at the collegiate level. Similarly, his hopes of joining the Air Force were also thwarted due to the lasting effects of the injury. With limited options, Mr. LaGesse began working at a tire factory right after high school, later working as a welder and forklift operator. He has always held steady jobs, but his career trajectory never truly aligned with the potential he once had.

Throughout his adult life, Mr. LaGesse has been a devoted father to his 12-year-old daughter, Brayleigh, with whom he shares custody. As a father, his priority has always been to care for her and provide a stable and loving environment. He is taking steps to rebuild his life and show his daughter that he can learn from his mistakes and be a positive role model. His involvement in the January 6 events stands in stark contrast to the otherwise law-abiding and responsible life he has led.

### III. CONCLUSION

Mr. LaGesse is determined to be a positive role model for his daughter. His commitment to her well-being and his desire to provide a stable, supportive environment for her are his driving motivations as he works to rebuild both his life and his relationship with his family. The lessons he has learned from this experience are profound, and he is committed to using this difficult chapter of his life to forge a better future for himself and for his daughter. Furthermore, he has excelled under pre-trial supervision, demonstrating the likelihood of his success on supervised release.

WHEREFORE, Mr. LaGesse respectfully requests that this Court sentence him to time served with a period of supervised release to follow.

Respectfully submitted,

/s/ Julie Clark
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri  63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Julie_Clark@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon John Oxenreiter, Assistant United States Attorney.

/s/ Julie Clark