UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 24-cr-116 (JEB) |
| : | |
| JUSTIN LAGESSE, : | |
| Defendant. : | |

**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S
SECOND MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Justin LaGesse's Motion to Continue Sentencing. ECF No. 56.

On September 23, 2024, LaGesse pleaded guilty to Count One of the Indictment, charging him with violating 18 U.S.C. § 1361. Minute Order of September 23, 2024. This Court set sentencing for January 10, 2025. On December 3, 2024, LaGesse moved to continue his sentencing hearing for the first time. ECF No. 46. This Court denied his first motion to continue on December 16, 2024. Minute Order of December 16, 2024.

LaGesse claims in his motion, without citation, that "A winter storm is predicted in the Washington D.C. area on the evening of January 10, 2025, with 1-3 inches of snow predicted." ECF No. 56, at 1. He further claims that "McLeansboro Illinois is also predicted to get snow on the evening of January 10, 2025." *Id.*

As of this writing, the National Weather Service forecast for Washington, DC on Friday, January 10, 2025 is "Mostly sunny, with a high near 31," with "Snow likely, mainly after 1am" predicted for Friday night. "Extended Forecast for Washington DC," https://forecast.weather.gov/MapClick.php?lat=38.8920621&lon=-77.0199124 (accessed on January 7, 2025). The forecast for January 9, 2025, is "Sunny, with a high near 29" during the day,

and "Mostly clear" for the night. There is no discussion of snow at all for January 9, 2025. Notably, the National Weather Service does not predict 1-3 inches of snow for Washington, DC, and LaGesse's motion provides no support for these proffered figures.

Similarly, the National Weather Service forecast for McLeansboro, IL on Friday, January 10, 2025, is "Snow likely, mainly after noon." "Extended Forecast for McLeansboro IL," https://forecast.weather.gov/MapClick.php?CityName=Mc+Leansboro&state=IL&site=PAH&textField1=38.0923&textField2=-88.5328&e=0 (accessed on January 7, 2025). The forecast for January 9, 2025, is "Sunny, with a high near 24" during the day, and a "20 percent chance of snow after midnight." *Id.*

Because LaGesse's sentencing hearing is currently scheduled for 11:30 a.m. on January 10, 2025, he will be in Washington, DC when the snowfall in McLeansboro, IL is projected to begin. Likewise, at the sentencing hearing, either the Court will impose an incarceratory sentence, in which case LaGesse will not have to travel home, or it will not, in which case LaGesse will be long gone from Washington, DC when snowfall is predicted to begin, at 1:00 a.m. on January 11.

The weather forecast does not establish a sufficient basis to continue LaGesse's sentencing hearing. His motion should be denied, and the Court should proceed with sentencing as scheduled.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ John Oxenreiter*
        JOHN OXENREITER
        New York Bar Reg. No. 5511597
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D St. NW
        Washington, DC 20530
        John.Oxenreiter@usdoj.gov